Honorable Lonny R. Suko

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JERRY BRYAN and SHERRY BRYAN, husband and wife, and the marital community composed thereof; JEREMY BRYAN,<br><br>Defendants. | No. 2:13-cv-03080-LRS<br><br>**ORDER GRANTING STIPULATED MOTIONS TO DISMISS**<br><br>(*Clerk's Action Required*) |
| JERRY BRYAN and SHERRY BRYAN, husband and wife, and the marital community composed thereof,<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>ARTHUR WAYNE SINGLETON, a married individual d/b/a SINGLETON ENTERPRISES, a Georgia sole proprietorship,<br><br>Third-Party Defendants. | |

ORDER TO DISMISS

No. 2:13-cv-03080-LRS

1

SCHLEMLEIN GOETZ FICK & SCRUGGS, PLLC
66 S. Hanford St., Suite 300
Seattle WA 98134
(206) 448-8100 Fax (206) 448-8514

The Plaintiff Great American Insurance Company and Defendants Jerry Bryan, Sherry Bryan, and Jeremy Bryan, having jointly filed a Stipulated Motion to Dismiss the above entitled action without prejudice, and

FURTHER, the Defendants Bryan and Third-Party Defendant Singleton having jointly filed a Stipulated Motion and Order of Dismissal of Third Party Complaint Against Arthur Wayne Singleton dba Singleton Enterprises (Dkt 29),

It is hereby ORDERED and adjudged that, pursuant to FRCP 41(a),

1.  Great American Insurance Company's claims against Jerry Bryan, Sherry Bryan, and Jeremy Bryan (Dkt 1) are dismissed without prejudice,

2.  Defendants Jerry Bryan and Sherry Bryan's counterclaim against Great American Insurance Company (Dkt 9) are dismissed without prejudice, and

3.  Defendants Jerry Bryan, Sherry Bryan, and Jeremy Bryan's third-party complaint (Dkt 9) against Third-Party Defendant Arthur Wayne Singleton dba Singleton Enterprises is also hereby dismissed without prejudice.

SO ORDERED this 7th day of May, 2015.

*s/Lonny R. Suko*

_____

Lonny R. Suko
Senior United Stated District Judge

ORDER TO DISMISS

No. 2:13-cv-03080-LRS

2

SCHLEMLEIN GOETZ FICK & SCRUGGS, PLLC
66 S. Hanford St., Suite 300
Seattle WA 98134
(206) 448-8100 Fax (206) 448-8514